ANITA P. ALEXANDER & another *vs.* CASCO MUSIC SYSTEMS, INC.
March 3, 1975. This action, which was commenced by writ dated May
31, 1967, was rightly dismissed on May 24, 1974, pursuant to G. L.
c. 155, § 51, and G. L. c. 156B, § 102. Under those statutes the defendant's
corporate existence continued for a period of three years following its
dissolution on May 12, 1971, for the limited purpose of prosecuting and
defending litigation. It is clear that upon the expiration of the three-
year period, subject to the exception set forth in the proviso at the end
of each of those statutes (inapplicable to actions, such as this one,
commenced prior to dissolution), the defendant ceased to exist even for
that limited purpose. *Boston Tow Boat Co.* v. *Medford Natl. Bank,* 228
Mass. 484, 486 (1917). *Bowen* v. *Dorchester Ice Co.* 255 Mass. 159
(1926).

*Order dismissing
action affirmed.*

*Mark J. Gladstone* for the plaintiffs.
*James S. Ellis* for the defendant.


PHILIP N. GALLAGHER & another *vs.* TRISTRAM'S LANDING, INC., & an-
other. March 5, 1975. This bill in equity was properly dismissed for
the reasons stated by the trial judge in her report of material facts
and rulings of law.

*Decree affirmed.*

*Wayne M. Boylan* for the plaintiffs.
*Eugene L. Tougas* (*Leon Richard LeClair, Jr.,* with him) for the
defendants.